Case 2:24-cv-00309   Document 19   Filed on 07/11/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 11, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GEORGE WILLIAM MAGEE, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:24-CV-00309 |
| § | |
| SHERRIFF O. RIVERA, *et al.*, § | |
| § | |
| Defendants. § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

On May 29, 2025, United States Magistrate Judge Mitchel Neurock issued his "Memorandum and Recommendation of United States Magistrate Judge" (D.E. 16), recommending that this action be dismissed. Plaintiff was provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 16), and all other relevant

documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, the Court:

- **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims against Chief Rodriguez, Major Lopez, Captain Hernandez, Lieutenant Randolph, and the unnamed jail medical staff;

- .**DISMISSES WITH PREJUDICE** Plaintiff's claims against Sheriff Rivera, Doctor Acuna, and Nurse Rodriguez as frivolous or for failure to state a claim upon which relief may be granted; and

- **IMPOSES** a "strike" under 28 U.S.C. § 1915(g) and instructs the Clerk to send notice of this dismissal to the Manager of the Three Strikes List for the Southern District of Texas at Three_Strikes@txs.uscourts.gov.

**ORDERED** on July 11, 2025.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE